```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                  :

AL-FATAH S. STEWART,                         :

                                    Petitioner,    :        1:22-cv-7853-GHW

                                                  :

                         -v -                  :        <u>ORDER</u>

                                                  :

WARDEN CAPUTO,                          :

                                    Respondent.  :

                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 21, 2023, Respondent filed a letter stating that the indictment against the Petitioner has been dismissed and asking the Court to dismiss the petition as moot. Dkt. No. 24. If Respondent seeks dismissal on this basis, Respondent should file an application for the issuance of an order to show cause why this action should not be dismissed as moot, supported by an affidavit and briefing setting out the relevant facts and law, and a proposed form of order to show cause. Any such must be filed no later than September 8, 2023.

      The Clerk of Court is directed to mail a copy of this order to Petitioner.

      SO ORDERED.

Dated: August 10, 2023
        New York, New York

                                                                 _____
                                                                      GREGORY H. WOODS
                                                                 United States District Judge