**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AL-FATAH S. STEWART,

                       Petitioner(s),         22 **CIVIL** 7853 (GHW)(OTW)

      -against-                      **JUDGMENT**

WARDEN CAPUTO,

                       Respondent(s).
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 13, 2023, the action is dismissed as moot; accordingly, the case is closed.

**DATED:** New York, New York
             October 16, 2023

                                                  **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                   **BY:**

                                                       **Deputy Clerk**